IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cohns, Sabreta L

Printed: 6/17/08

Case Number: 05 B 06459
Judge: Squires, John H
Filed: 2/24/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 7, 2008
Confirmed: April 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,380.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,706.21 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 173.79 |
| Other Funds: |  | 0.00 |
| Totals: | 3,380.00 | 3,380.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,500.00 | 1,500.00 |
| 2. | Peoples Energy Corp | Unsecured | 18.95 | 0.00 |
| 3. | World Financial Network Nat'l | Unsecured | 61.16 | 131.79 |
| 4. | Midland Credit Management | Unsecured | 17.33 | 37.33 |
| 5. | Card Holder Services | Unsecured | 101.56 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 50.12 | 108.01 |
| 7. | ECast Settlement Corp | Unsecured | 663.19 | 1,429.08 |
| 8. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 9. | Sherman Acquisition | Unsecured |  | No Claim Filed |
|  |  |  | $ 2,412.31 | $ 3,206.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 6.88 |
| 3% | 5.10 |
| 5.5% | 28.81 |
| 5% | 8.68 |
| 4.8% | 16.64 |
| 5.4% | 107.68 |
|  | $ 173.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cohns, Sabreta L | Case Number:  05 B 06459 |
| | Judge:  Squires, John H |
| Printed:  6/17/08 | Filed:  2/24/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

